

E-filing

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

 EDL

Jane Rocio Evans
P.O. Box 424886
San Francisco, CA. 94142
          Plaintiff,

vs.

Walden House, Inc.
520 Townsend Street
San Francisco, CA. 94103
          Defendant.

CASE NO. CV 08 0894

APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, Jane Rocio Evans, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?          Yes ___  No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____  Net: _____

Employer: _____

_____

If the answer is "no," state the date of last employment and the amount of the gross and net salary

Form-Intake 3 (Rev. 4/05)              - 1 -

1  and wages per month which you received.

2  *Last employed on June 29, 2007 at Asian American*
3  *Recovery Services Company. Net Salary: around $2,789.51*
4  *Gross Salary: Around $3,685.38 ante monthly ante monthly*

5  2.   Have you received, within the past twelve (12) months, any money from any of the
6  following sources:

7       a.   Business, Profession or                Yes ✓  No ___
8            self employment?
9       b.   Income from stocks, bonds,             Yes ___ No ✓
10           or royalties?
11      c.   Rent payments?                         Yes ___ No ✓
12      d.   Pensions, annuities, or                Yes ___ No ✓
13           life insurance payments?
14      e.   Federal or State welfare payments,     Yes ✓  No ___
15           Social Security or other govern-
16           ment source?

17  If the answer is "yes" to any of the above, describe each source of money and state the amount
18  received from each.

19  *I received Food Stamp EBT Benefit starting July 2007 -*
20  *Nov 2007, monthly amount, around $146.00. I currently receive*
    *$516.00*
21  3.   Are you married?                           Yes ___ No ✓   *any 2 weeks*
                                                                   *from the*
22  Spouse's Full Name: _____                            *Employment*
                                                                   *Development*
23  Spouse's Place of Employment: _____                  *Dept.*
                                                                   *I received*
24  Spouse's Monthly Salary, Wages or Income:                      *about*
                                                                   *$7,200.00*
25  Gross $_____        Net $_____             *from*
                                                                   *EDD*
26  4.   a.   List amount you contribute to your spouse's support:$ ___   *in*
                                                                         *2007,*
27       b.   List the persons other than your spouse who are dependent upon you for support   *about*
                                                                                               *$15,052*
28           and indicate how much you contribute toward their support. (NOTE: For minor       *in wages.*

Form-Intake 3 (Rev. 4/05)              - 2 -

1  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.)
2  _Not Applicable_
3  _____
4  5.   Do you own or are you buying a home?         Yes ___ No ✓
5  Estimated Market Value: $_____ Amount of Mortgage: $_____
6  6.   Do you own an automobile?                    Yes ___ No ✓
7  Make _____ Year _____ Model _____
8  Is it financed? Yes ___ No ___ If so, Total due: $ _____
9  Monthly Payment: $ _____
10 7.   Do you have a bank account? Yes ✓ No ___ (Do not include account numbers.)
11 Name(s) and address(es) of bank: _Union Bank of California,_
12 _400 California St. San Francisco, CA._
13 Present balance(s): $ _0_
14 Do you own any cash? Yes ___ No ✓ Amount: $ _____
15 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
16 market value.)                                    Yes ___ No ✓
17 _____
18 8.   What are your monthly expenses?
19 Rent: $ _Around $820_  Utilities: _None, included in rent_
20 Food: $ _200_  Clothing: _$30_
21 Charge Accounts:
22 Name of Account        Monthly Payment        Total Owed on This Account
23 _None_                 $ _____           $ _____
24 _____            $ _____           $ _____
25 _____            $ _____           $ _____
26 9.   Do you have any other debts? (List current obligations, indicating amounts and to whom
27 they are payable. Do not include account numbers.)
28 _I owe a student loan to Sallie Mal Company, which is Economic Hardship Deferment — owe about $70,000 in student loans_

Form-Intake 3 (Rev. 4/05)                - 3 -

1
2  10.   Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ✓   No ___
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6  Evans vs. Walden House
7  Small Claims Courthouse, 400 McAllister ST., San Francisco.
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  2-11-08                        Jose Rocio Evans, MFT
12       DATE                         SIGNATURE OF APPLICANT
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Form-Intake 3 (Rev. 4/05)                - 4 -