March 17, 2008

To San Francisco Superior Court
San Francisco, California

Regarding: Jane Rocio Evans vs. Walden House, Inc.
Case Number: 3:08-cu-00894 EDL



      I am writing to respectfully request that I be given a public Defender or attorney to assist me with my case regarding Walden House, which is a civil rights matter. I learned fairly recently that I was eligible for an attorney if the Court decides to appoint one for me, thus I apologize for not requesting one before, as this case was filed on February 11, 2008. The case was filed with a Fee Waiver, thus I am not able to afford a private attorney to assist me with this case.

    In addition, the case merits being defined as a civil rights matter, as I was Locked out Walden House in August 2005, due to racial discrimination or a Title VII. On August 1, 2005, I submitted in writing a letter to Mardell Gavriel, Walden House clinical Administrator, complaining in writing to her or whistle blowing concerning protected activity. I stated in my letter that I was seriously concerned that as a Spanish Speaking, Bilingual/ Bicultural Mexican American therapist, I had been denied my request, as well as Walden House REACH program Coordinator's request, that of Dr. Gene Hightower, Psychologist, that I be able to facilitate a Clinical treatment group as a Licensed therapist for Latino clients who were dually diagnosed. Supervisor Frank Gehr had denied my request.

    Two days after complaining in writing concerning this, a Termination meeting was called with Frank Gehr, Caucasian unlicensed psychologist, and Human Resources Director, Lori Dorn. Mr. Gehr, on August 3, 2005, at around 1:15 p.m., authorized Walden House Counselor Patricia Ayala to escort all the clients out of the nexus who were manning the nexus in order to keep the building safe and to call Security in case of any reason to do so. These clients were responsible for manning the phones. Mr. Gehr, told me that I was going to be 'forced to have a Meeting in the Nexus," whether I wanted it or not. He then trapped me in the nexus by closing the door and blocking it, as I was standing next to the Xerox machine, in the middle of Xeroxing. I felt frightened, my heartbeat started to race. I am naming Mr. Gehr's coercive conduct as racially discriminatory, as he is Caucasian and I am Mexican, born in Mexico City, Spanish being my first language. In addition, I have a letter from a witness who also stated that she had whistleblowed concerning the welfare of clients at Walden House and had been Terminated about two days later, by being forcefully dragged by the arm by Walden House Manager Gayle from the SISTERS program.

    I have made serious efforts to find an attorney on my own, by writing to the Whistle blowing Network in Washington and procuring a referral for an attorney, whom I met with for 3 hours in Oakland, and paid about $300.

                                                  *Jane Rocio Evans, MFT*

Page 2, letter to Superior Court of California, San Francisco.
Regarding Jane Rocio Evans vs. Walden House, Inc.
Case Number: 3:08-cu-00894 EDL

She declined to take the case at the time, but communicated to me that I had been "Locked out of Walden House," after looking at my Walden House Termination letter, which gave no business reason in it in writing for my employment Termination.
     I also consulted with another private attorney at a later date on two occasions, but this attorney did not take the case. I consulted with several attorneys regarding this matter and thus have taken this case most seriously. In addition, I have about 7 letters written by witnesses, including therapists, as well as many other exhibits.
     I would be most appreciative if this Court could assist me with this matter, as I highly esteem the REACH program and the effective work they have been doing with people of color clients who are recovering from substance abuse.
     I am submitting with this letter a copy of my Marriage, Family Therapist license, which is currently clear and thus in good standing.
     Please respond to this letter in writing at: P.O. Box 424886, San Francisco, CA 94142. E-mail: rocioevans@yahoo.com.

                            Respectfully,

                            *[signature: Jane Rocio Evans, MFT]*
                            Jane Rocio Evans,
                            Licensed Marriage, Family Therapist

# Search Results for Licensees and Registrants

This information is updated Monday through Friday - Last updated: MAR-16-2008

To see all the information for a licensee, click on the highlighted name. This will also include administrative actions if any are present.

| Name | Type | Number | Status | Address | City | Zip | County |
|---|---|---|---|---|---|---|---|
| EVANS ROCIO | MFC | 40689 | CLEAR | PO BOX 424886 | SAN FRANCISCO | 94142 | SAN FRANCISCO |

Record 1

First Previous

*Disclaimer*
*All information provided by the Department of Consumer Affairs on this web page, and on its other web pages and internet sites, is made available to provide immediate access for the convenience of interested persons. While the Department believes the information to be reliable, human or mechanical error remains a possibility, as does delay in the posting or updating of information. Therefore, the Department makes no guarantee as to the accuracy, completeness, timeliness, currency, or correct sequencing of the information. Neither the Department, nor any of the sources of the information, shall be responsible for any errors or omissions, or for the use or results obtained from the use of this information. Other specific cautionary notices may be included on other web pages maintained by the Department. All access to and use of this web page and any other web page or internet site of the Department is governed by the Disclaimers and Conditions for Access and Use as set forth at California Department of Consumer Affairs' Disclaimer Information and Use Information.*

Back | Return to Main License Listing