1
2
3
4           UNITED STATES DISTRICT COURT
5           NORTHERN DISTRICT OF CALIFORNIA
6
7  JANE ROCIO EVANS,
8
          Plaintiff(s),                    No. C 08-0894 PJH
9
      v.                                   **JUDGMENT**
10
   WALDEN HOUSE, INC.,
11
          Defendant(s).
12  _____/
13      The court having dismissed this case,
14      it is Ordered and Adjudged
15      that plaintiff take nothing, and that the action be dismissed.
16      IT IS SO ORDERED.
17  Dated: August 6, 2008

                                           _____
                                           PHYLLIS J. HAMILTON
                                           United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JANE R EVANS,

        Plaintiff,

  v.

WALDEN HOUSE INC.,

        Defendant.
                                       /

Case Number: CV08-00894 PJH

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 7, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jane Rocio Evans
PO Box 424886
San Francisco, CA 94142

Dated: August 7, 2008

Richard W. Wieking, Clerk
By: Nichole Heuerman, Deputy Clerk